**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DR. MUHAMMAD,

        Plaintiff,

        -against-

ANTHONY J. ANNUCCI, et al.,

        Defendants.
------------------------------------------------------------x

No. 19-CV-3258 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that *pro se* Plaintiff sought to amend his Complaint in June 2020 (ECF 43, 44). The Court regrets that it has not addressed this request yet. The Court construes ECF 44 as a request to file an Amended Complaint and grants that request *nunc pro tunc*. Accordingly, Defendants shall move or answer **by March 18, 2022.**

    SO ORDERED.

Dated: January 19, 2022
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge