UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
DR. MUHAMMAD,                                               :
                                                            :
                    Plaintiff,                              :       No. 19-CV-3258 (GBD) (OTW)
                                                            :
            -against-                                       :
                                                            :       **ORDER**
ANTHONY J. ANNUCCI, et al.,                                 :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court extends *nunc pro tunc* Plaintiff's deadline to file a response to Defendants' Motion to Dismiss to **December 19, 2022**. Defendants have until **January 5, 2023** to file a reply, if any.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: October 18, 2022            **Ona T. Wang**
       New York, New York          United States Magistrate Judge