**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DR. MUHAMMAD, Plaintiff in Propia Persona Sui Juris,

                    Plaintiff,              19 **CIVIL** 3258 (GBD)(OTW)

     -against-                          **JUDGMENT**

ANTHONY J. ANNUCCI, Acting Commissioner; WILLIAM KEYSER, Superintendent, Sullivan Correctional Facility; GARY SIPPLE, Chief Security, Sullivan Correctional Facility; SERGEANT ROHAN, Sullivan Correctional Facility; NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION,

                    Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 17, 2023, Magistrate Judge Wang's Report is ADOPTED. Defendants' motion to dismiss the first amended complaint is GRANTED with prejudice and without leave to further amend; accordingly, the case is closed.

**Dated:**  New York, New York
          March 17, 2023

                                              **RUBY J. KRAJICK**

                                              _____
                                                  **Clerk of Court**

                       **BY:**    _K. Mango_

                                                  _____
                                                  **Deputy Clerk**